# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No: 5:00CR00047-017 |
| RANDY WAYNE WATSON | ) | USM No: 16475-058 |
| Date of Previous Judgment: November 5, 2001 | ) | M. Victoria Jayne |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

❑ DENIED. ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of <u>168</u> months **is reduced to** <u>135 months</u>.

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: <u>33</u> | | Amended Offense Level: <u>31</u> | |
| Criminal History Category: <u>III</u> | | Criminal History Category: <u>III</u> | |
| Previous Guideline Range: <u>168</u> to <u>210</u> months | | Amended Guideline Range: <u>135</u> to <u>168</u> months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

❑ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

❑ Other (explain):

## III. ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation Officer.

Except as provided above, all provisions of the judgment dated <u>November 5, 2001</u> shall remain in effect.

**IT IS SO ORDERED**.

Order Date: <u>October 3, 2008</u>

Effective Date: <u>October 3, 2008</u>
(if different from order date)

Richard L. Voorhees
United States District Judge